IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:07CR274-1 |
| | : | |
| CHRISTOPHER LYNN LORD | : | |

FACTUAL BASIS

NOW COMES the United States of America, by and through Anna Mills Wagoner, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states as follows:

On December 28, 2006, Captain Paul Lester of the University of North Carolina at Greensboro Police Department was conducting an online undercover operation. Captain Lester was posing as a fourteen year-old female ("Cherri14") in a Yahoo! instant message chat room when he was contacted by a subject using the screen name "notjustanotherguy." The subject identified himself as a twenty four year-old male. "Cherri14" repeatedly advised "notjustanotherguy" that she was fourteen.

Upon further investigation, Captain Lester identified CHRISTOPHER LYNN LORD as the subscriber for the screen name "notjustanotherguy."

Shortly after contacting "Cherri14," LORD initiated a sexual discussion during which he encouraged her to perform sexual acts with him. He also suggested a face-to-face meeting, which was

arranged for January 3, 2006, at the First Baptist Church on Friendly Avenue in Greensboro.  The defendant, CHRISTOPHER LYNN LORD, was arrested when he arrived.

This the 19th day of October, 2007.

Respectfully submitted,

ANNA MILLS WAGONER
United States Attorney


/S/ MICHAEL A. DeFRANCO
Assistant United States Attorney
NCSB #23072
United States Attorney's Office
Middle District of North Carolina
P.O. Box 1858
Greensboro, NC  27402
Phone:  336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | 1:07CR274-1 |
| | : | |
| CHRISTOPHER LYNN LORD | : | |

CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David B. Freeman, Esq.

/S/ MICHAEL A. DeFRANCO
Assistant United States Attorney
NCSB #23072
United States Attorney's Office
Middle District of North Carolina
P.O. Box 1858
Greensboro, NC 27402
Phone: 336/333-5351

3